In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-138 CV


____________________



RONALD L. DUCOTE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 4387 (92999)






 MEMORANDUM OPINION 


 Ronald L. Ducote appealed the final judgment forfeiting a bond after entry of
judgment nisi. (1) The appeal was submitted without briefs because the appellant failed to file
his brief by the September 16, 2006 due date. See Tex. R. App. P. 38.6(a). The appellant did
not request additional time to file the brief. See Tex. R. App. P. 38.6(d). On December 19,
2006, this Court notified the parties that the appeal would be advanced without oral
argument. See Tex. R. App. P. 39.9. In the absence of a brief assigning error, we dismiss the
appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1).

 APPEAL DISMISSED.

 _______________________________

 CHARLES KREGER

 Justice


Submitted on January 9, 2007

Opinion Delivered January 18, 2007

Before McKeithen, C.J., Kreger and Horton, JJ.
1. Bond principal Guillermo Garcia-Villamar did not file notice of appeal.